FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/15/2015 1:44:55 PM
KEITH E. HOTTLE
Clerk

**APPENDIX TAB D**

CAUSE NO. 2013-CVT-000742-D2

| | | |
|---|---|---|
| MARTIN GARCIA, JR. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 111TH JUDICIAL DISTRICT |
| | § | |
| RUBEN GONZALEZ, VISION | § | |
| CONSTRUCTION COMPANY, INC., | § | |
| ABEL ALVARADO CASILLAS AND | § | |
| PREMIER EAGLE FORD | § | |
| SERVICES, INC. | § | WEBB COUNTY, TEXAS |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE

On this day the Court considered the Joint Motion for Continuance filed by the parties. After considering the joint motion, the Court is of the opinion that said motion is well taken and should be GRANTED.

It is therefore, ORDERED that the current trial date of September 21, 2015 is hereby VACATED.

SIGNED this ____ day of _____, 2015.

THE HONORABLE MONICA Z. NOTZON

AGREED AS TO FORM
AND SUBSTANCE:

David L. Ortega
State Bar No. 00791377
Stephen D. Navarro
State Bar No. 00792712
**Naman Howell Smith & Lee, PLLC**
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6353
Telecopier: (210) 785-2953

{03553340.DOCX / }

ATTORNEYS FOR DEFENDANTS
ABEL ALVARADO CASILLAS AND
PREMIER EAGLE FORD SERVICES, INC.


Jaime A. Gonzalez, Jr.
State Bar No. 08127600
**Gonzalez & Associates Law Firm, Ltd.**
817 E. Esperanza Ave.
McAllen, Texas 78501
(956) 664-0100
(956) 664-1529  (FAX)

ATTORNEY FOR CROSS- PLAINTIFF,
RUBEN GONZALEZ

(03553340.DOCX / )

5